ANATOLE BUXHOEVEDEN, Appellant, v. ESTONIAN STATE BANK, Respondent, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ. [See 279 App. Div. 1089.]

■

In the Matter of the Application of HAROLD F. GREENBLATT for Admission to the Bar.— Motion for rehearing of application for admission to the Bar granted. On rehearing, application for admission to the Bar granted. Present — Nolan, P. J., Carswell, Johnston, Adel and Schmidt, JJ.

■

IDA MARCO, as Ancillary Administratrix of the Estate of HARRY MARCO, Deceased, a Stockholder in Blue Ridge Corporation, on Behalf of Himself and All Other Stockholders Similarly Situated and on Behalf of Said Corporation, Respondents, v. ARTHUR SACHS et al., Appellants; BLUE RIDGE CORPORATION et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Was the order of the Special Term properly made? Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See 279 App. Div. 1085.]

■

OLYMPIC RADIO & TELEVISION, INC., Respondent, v. BRUNO ANDREWS, Individually and as President of the International Union of Electrical Radio and Television Workers, Local 463, C. I. O., et al., Appellants.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument and for other relief denied, without costs, and without prejudice to a motion at Special Term for leave to amend the complaint. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ. [See 279 App. Div. 1081.]

■

SMITH BROS. PLUMBING CO., Plaintiff, v. ENGINE AIR SERVICE, INC., Appellant; MONROE MILLER, Respondent, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion for reargument denied, without costs. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See 279 App. Div. 1082.]

■

DOUGLAS F. STORER, Respondent, v. BION EXHIBITS, INC., Appellant, et al., Defendants.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. Motion to resettle order denied, without costs. Present — Johnston, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See 279 App. Div. 1098.]